AO450 (Rev. 5/85)  Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

**FILED**
DEC 2 0 2005
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEPUTY CLERK

JOHN M. RODGERS
Plaintiff

V.

U. S. GOVERNMENT
Defendants

**JUDGMENT IN A CIVIL CASE**

Case Number: W-05-CA-263

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that Plaintiff's case be DISMISSED without prejudice for failing to effect service upon his defendant.

December 20, 2005
Date

William G. Putnicki
Clerk

(By) Deputy Clerk